FILED
JAN 2 1 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:26 CR 00034 |
| ) | |
| MARK BANKS, ) | Title 21, United States Code, |
| ) | Section 841(a)(1), (b)(1)(B)(viii) |
| Defendant. ) | JUDGE BARKER |

COUNT 1
(Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))

The Grand Jury charges:

1. On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant MARK BANKS did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing, Defendant MARK BANKS shall forfeit to the United States, all property constituting or derived from, any proceeds he obtained, directly or

indirectly, as the result of such violations; and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.